1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-625-JAK |
| Plaintiff, | **[Proposed] ORDER** |
| vs. | |
| SCOTT SEO, | |
| Defendant. | |

The Court, having reviewed and considered Defendant Scott Seo's Application for Leave to File Under Seal the Sentencing Memorandum of Defendant Scott Seo; Certification That Counsel Promptly Provided a Copy of the Presentence Report to Defendant, hereby orders that said document be filed under seal.

Dated: _____.

                                                The Honorable John A. Kronstadt
United States District Court Judge

Respectfully submitted,

*Stanley L. Friedman*
Stanley L. Friedman
Attorney for Petitioner
Scott Seo